# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M ROBLES DE NUNEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No. 1:21-cv-00618-SAB<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 17) |

On September 8, 2022, the parties filed a stipulated motion requesting the deadline for Plaintiff to file an opening brief be extended by a period of sixty (60) days. (ECF No. 17.) The Court finds good cause to grant the requested extension.

Accordingly, pursuant to the agreement of the parties, IT IS HEREBY ORDERED that the stipulated motion is GRANTED and the deadline to file Plaintiff's opening brief is extended from September 14, until November 14, 2022.

IT IS SO ORDERED.

Dated:   **September 8, 2022**

UNITED STATES MAGISTRATE JUDGE

1