# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M ROBLES DE NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00618-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 14, 18, 20) |

On December 21, 2022, the parties submitted a stipulated request for an extension of time, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 20.) The parties seek a thirty-day extension of time to file Defendant's brief from December 23, 2022, to January 23, 2022. This is Defendant's first request for an extension. The parties proffer good cause exists because of the significantly heavy caseload of counsel; and Counsel is currently unexpectedly out of office after her son fell and school and broke his arm. The Court finds good cause exists to grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 20) is GRANTED;
2. Defendant shall have until **December 23, 2022**, to file the opening brief; and

1

3. All remaining deadlines as set forth in the scheduling order (ECF No. 14) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**December 22, 2022**__

UNITED STATES MAGISTRATE JUDGE