# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ M ROBLES DE NUNEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:21-cv-00618-SAB<br><br>AMENDED ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 21) |

On December 22, 2022, the Court granted the parties' stipulated request for an extension of time, however, the incorrect date was entered as the new deadline. (ECF No. 21.)

Accordingly, IT IS HEREBY ORDERED that the Court's order issued December 22, 2022, (ECF No. 21), is AMENDED, and the deadline for Defendant to file an opposition brief is extended until January 23, 2023.

IT IS SO ORDERED.

Dated: **December 27, 2022**

_____
UNITED STATES MAGISTRATE JUDGE